Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DeMatteo Law, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*ME2 Productions, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ME2 PRODUCTIONS, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>DOE—68.194.180.74, DOE—24.47.22.156, DOE—67.243.138.170, DOE—67.85.216.54, DOE—148.74.197.220, DOE—173.3.254.16, DOE—24.188.219.238, DOE—74.66.13.216, DOE—68.173.190.41, DOE—74.64.97.89, DOE—69.201.166.131, DOE—74.71.189.231, DOE—96.249.214.123, DOE—173.62.8.244, and DOE—108.54.173.223,<br><br>*Defendants.* | Civil Action No. 1:17-cv-00929-LLS-KNF<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please take notice that the within action is dismissed with prejudice as to defendant DOE—69.201.166.131, as the parties have settled, and dismissed without prejudice as to all remaining defendants. The Clerk of the Court is respectfully requested to terminate the present action.

DATED: September 28, 2017

Respectfully submitted,

DeMatteo Law, PLLC

*[signature]*

Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com

830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff
ME2 Productions, Inc.*

SO ORDERED:

*Louis L. Stanton*
U.S.D.J.

9/29/17